UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SUHA AMIN ABDULLAH ABUSHAMMA,

                Plaintiff,

    -against-

DONALD TRUMP, President of the United
States; U.S. DEPARTMENT OF
HOMELAND SECURITY ("DHS"); U.S.
CUSTOMS AND BORDER PROTECTION
("CBP"); JOHN KELLY, Secretary of DHS;
KEVIN K. MCALEENAN, Acting
Commissioner of CBP; and JAMES T.
MADDEN, New York Field Director, CBP,

                Defendants.
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB - 1 2017 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
ORDER TO SHOW CAUSE
17-CV-488 (CBA)

**AMON, United States District Judge:**

Upon consideration of (1) the Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief; (2) the Declaration of Jennifer Kroman, and the exhibits thereto; (3) the Declaration of Suha Amin Abdullah Abushamma, M.D.; (4) the Declaration of David Wolfe Leopold; and (5) the Declaration of Abby Spencer, M.D., it is hereby:

ORDERED, that the above-named respondents, Donald Trump, President of the United States; U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); John Kelly, Secretary of DHS; Kevin K. McAleenan, Acting Commissioner of CBP; and James T. Madden, New York Field Director, CBP (collectively "Respondents"), SHOW CAUSE before the Hon. Carol Bagley Amon, United States District Judge, United States Courthouse, Courtroom 10D South, 225 Cadman Plaza E, Brooklyn, New York, on February 15, 2017 at 3:00 p.m. why the Court should not issue a Preliminary Injunction ordering Respondents to (1) invalidate the Form I-275 pertaining to Dr. Abushamma; (2) reinstate Dr. Abushamma's H-1B visa; (3) immediately return Dr. Abushamma to JFK Airport, and admit her into the United States,

1

subject to the laws and regulations existing prior to January 27, 2017; and (4) enjoin and restrain Respondents from detaining Dr. Abushamma pursuant to the Executive Order titled, "Protecting the Nation from Foreign Terrorist Entry into the United States"; and it is further

ORDERED, that service by certified mail of this order, together with a copy of papers upon which it is granted, shall be made on Respondents or their counsel (United States Attorney's Office for the Eastern District of New York, Civil Division, 271 Cadman Plaza East, Brooklyn, NY 11201, and the Office of the Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530, at this time), by no later than February 2, 2017 by 5:00 p.m., and a courtesy copy shall be sent by electronic mail to Respondents' counsel (United States Attorney's Office for the Eastern District of New York, at this time), and that such service shall be deemed good and sufficient; and it is further

ORDERED, that Petitioner shall file with this Court and shall electronically serve upon Respondents' counsel a Memorandum of Law in Support of Petitioner's Request for a Preliminary Injunction, on or before February 2, 2017 by 5:00 p.m.; and it is further

ORDERED, that Respondents' answering papers shall be filed with this Court and served electronically upon Petitioner's attorneys, on or before February 7, 2017; and it is further

ORDERED that Petitioner's reply papers, if any, shall be filed with this Court and served electronically upon Respondents' counsel on or before February 9, 2017.

SO ORDERED.

Dated: February 1, 2017
Brooklyn, New York

s/Carol Bagley Amon
Carol Bagley Amon
United States District Judge

2